UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARK D. WEBSTER, | Case No. 2:26-cv-00335-GMN-EJY |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| ALLIANCE NORTH AMERICA, | |
| Defendant. | |

This action was initiated on February 10, 2026 when Plaintiff, proceeding *pro se* submitted an Application to Proceed *in forma pauperis* ("IFP") together with a Complaint. ECF Nos. 1, 1-1. On February 20, 2026, the Court granted Plaintiff's IFP application, but dismissed his Complaint without prejudice and with leave to amend. ECF No. 3. Plaintiff was given through and including March 23, 2026 to file an amended complaint. *Id*. The Court explained to Plaintiff that failure to comply with the Order would result in a recommendation to dismiss this action. *Id*. As of the date of this Recommendation, Plaintiff has not filed an amended complaint; nor has he otherwise communicated with the Court.

Accordingly, IT IS HEREBY RECOMMENDED that this case be dismissed without prejudice for failure to comply with the Court's Order.

DATED this 2nd day of April, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds the courts of appeal may determine that an appeal has been waived due to the failure to file objections

1

within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).